UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**SHAWNDREKA WASHINGTON**          **CASE NO.  2:22-CV-04979**

**VERSUS**                         **JUDGE JAMES D. CAIN, JR.**

**X Y Z INSURANCE CO**             **MAGISTRATE JUDGE KAY**

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the Report and Recommendation be **ADOPTED** and that this complaint be **STRICKEN FROM THE RECORD** for violation of Federal Rule of Civil Procedure 11. Accordingly, this matter is **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers on this 5th day of June, 2023.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**